### 9669.  HICKS v. THE STATE.

BLOODWORTH, J.  By consent this case was tried by the judge without the
 intervention of a jury.  The motion for new trial contains the general
 grounds only.  There is ample evidence to support the finding, and this
 court will not interfere with the discretion of the trial judge in refus-
 ing a new trial.
    *Judgment affirmed.  Broyles, P. J., and Harwell, J., concur.*
      DECIDED OCTOBER 8, 1918.

Conviction of assault; from city court of Dublin—Judge Flynt.
March 25, 1918.

 *R. Earl Camp,* for plaintiff in error.

 *S. P. New, solicitor,* contra.

---

### 9713.  ROBINSON v. THE STATE.

BROYLES, P. J.  There was some evidence to authorize the finding of the
 trial judge, exercising by consent the functions of both judge and jury;
 and the motion for a new trial containing only the usual general
 grounds, this court will not interfere with the discretion of the lower
 court in overruling the motion.
    *Judgment affirmed.  Bloodworth and Harwell, JJ., concur.*
      DECIDED OCTOBER 8, 1918.

Accusation of violation of prohibition law; from city court of
Macon—Judge Guerry.  March 21, 1918.

 *W. A. McClellan, J. F. Urquhart,* for plaintiff in error.

 *Will Gunn, solicitor,* contra.